IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH MORRIS | : | CIVIL ACTION |
| v. | : | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | : | NO. 12-5031 |

## O R D E R

AND NOW, this 23\ day of January, 2013, upon consideration of plaintiff's amended complaint (Document No. 9), it is ORDERED that:

1. The second amended complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.